Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

# UNITED STATES DISTRICT COURT
### for the

_____ District of Wyoming

2026 MAY -4  PM 12: 09

MARGARET BOTKINS, CLERK
CHEYENNE

_____ Division

Joshua Donald Bauer

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Cheyenne Regional medical center

*Defendant(s)*

(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   26- CV- 145 -ABJ   ____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑Yes  ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name          Joshua Donald Bauer

Address       521 E 17th ST # 2

              Cheyenne           WY          82001
                   *City*            *State*        *Zip Code*

County        Laramie

Telephone Number   307

E-Mail Address

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                        Cheyenne Regional medical center

Job or Title *(if known)*

Address                     214 E 23rd ST

                            Cheyenne           WY          82001
                                 *City*            *State*        *Zip Code*

County                      Laramie

Telephone Number            307 634 2273

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name                        WalGreens

Job or Title *(if known)*

Address                     2304 E lincoln Way

                            Cheyenne           WY          82001
                                 *City*            *State*        *Zip Code*

County                      Laramie

Telephone Number            307 635 0241

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name  Cheyenne Police Department

Job or Title *(if known)*

Address  2101 oneil ave

Cheyenne          WY          82001
*City*            *State*     *Zip Code*

County  laramie

Telephone Number  307 637 6200

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

Name  laramie county sheriff

Job or Title *(if known)*

Address  1910 pioneer Avenue

Cheyenne          WY          82001
*City*            *State*     *Zip Code*

County  laramie

Telephone Number  307 633 4800

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

deprivation of rights/ cruel and unusual punishment exessive psychological abuse

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

aTTaching this lawsuit along with case no. 26 CV 131 ABJ See statements Cheyenne regional medical center tortured me excessively physically Cheyenne pd laramie County Sheriff circled around me threatening me with their vehicles Walgreens gave me fake meds for 3 years

III.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

in public and aT The Cheyenne regional medical center hospital while I was a patient and aT Walgreens

B.    What date and approximate time did the events giving rise to your claim(s) occur?

May 8Th 2024 for Cheyenne regional medical center Walgreens since 2023 until current Day 2026 may Cheyenne pd and laramie county Sheriff January 2024 to Current Day may 4Th 2026

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have The meds from walgreens

The police GPS can prove location of Police vehicles circleing around me Daily And I am a Solid credable witness And victim of abuse from Cheyenne Regional Medical center

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Sustained permanant psychological abuse of a psychological homicide by all these people and physical suffering

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want them to be ordered to pay 3 hundred million dollars each to financically compensate me for permenant Damage

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    May 4th 2026

Signature of Plaintiff    _____

Printed Name of Plaintiff    Joshua Donald Bauer

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____